IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 309-009 |
| | ) | |
| NATHAN SMITH | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Smith's motion to suppress is **DENIED**. (Doc. no. 20).

SO ORDERED this 11th day of August, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE