IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA  *
                          *
v.                        *     CR 3:09-09
                          *
NATHAN SMITH              *

## ORDER

The captioned case was filed in the Dublin Division of this Court. The District Judge originally assigned to the case transferred the case to me because he could not conduct a trial in the Dublin Division until late October. Upon review, it appears that the case may be properly tried in Augusta, Georgia, in a more timely fashion. Accordingly, this action is hereby reassigned to the Honorable J. Randal Hall for trial and final disposition. Jury selection will be held on September 14, 2009, at 9:00 a.m. in Augusta, Georgia.

**ORDER ENTERED** at Savannah, Georgia, this 25th day of August, 2009.

CHIEF UNITED STATES DISTRICT JUDGE