IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR 309-009 |
| NATHAN SMITH | * | |

**ORDER**

Pending before the Court is Defendant's motion to subpoena witnesses. (Doc. 218.) Defendant requests the Court issue subpoenas for Lin Boatright, Therapist, and "Mr. Paga," United States Probation Officer Brunswick Division, to testify at Defendant's Final Revocation Hearing scheduled for October 23, 2018. However, Defendant has not provided the Court with an address for Mr. Boatright. Further, Tim Williams, Defendant's assigned Probation Officer, will be present at the hearing with all the institutional knowledge of the Brunswick Probation Office, the supervising of Mr. Smith, and the violation allegations contained in the pending petition for revocation, obviating the need for Mr. Paga's attendance. Therefore, Defendant's motion to subpoena witnesses (doc. 218) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of October, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA