IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| v. | * | CR 309-009 |
| NATHAN SMITH | * | |

## ORDER

Pending before the Court is Defendant's Motion to Introduce Undisclosed Evidence. (Doc. 220.) Defendant seeks to introduce evidence of a settlement agreement to which he is a party. Defendant is welcome to proffer this evidence to the Court during his final revocation hearing, to the extent that it is relevant to his case. At that time, the Court will determine the admissibility of such evidence. Therefore, Defendant's Motion to Introduce Undisclosed Evidence (doc. 220) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of October, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA